# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0946

_____

Curtis Lee Carpenter,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

May 9, 2025

Per Curiam.

Affirmed.

Osterhaus, C.J., and Bilbrey and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.